February 28, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE ESTATE OF NED THEODORE GORDON, DECEASED,

NO. 14-12-00511-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Marshall Gordon.

We further order this decision certified below for observance.